**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:24-cr-117-DPM**

**KENDAL COBB** **DEFENDANT**

# ORDER

Cobb moves to continue the 14 December 2026 trial. His lawyer needs to care for his mother, who is scheduled to receive a kidney transplant the week before. *Doc. 38*. The government has informally advised it does not object to a continuance.

Considering the parties' diligence, the ends of justice are better served by ensuring continuity of counsel. And this interest outweighs Cobbs's and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 38*, and reschedules the trial for 14 April 2027 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

The deadlines contained in the Amended General Criminal Scheduling Order, *Doc. 33*, remain in effect.

So Ordered.

D.P. Marshall Jr.
United States District Judge

5 October 2026